1  Ryan Lee (SBN: 024846)
   Krohn & Moss, Ltd.
2  10474 Santa Monica Blvd., Suite 401
   Los Angeles, CA 90025
3  Tel: 323-988-2400 x241
   Fax: 866-583-3695
4  rlee@consumerlawcenter.com
   Attorneys for Plaintiff,
5  JAYMI GOLDBERG

**UNITED STATES DISTRICT COURT,**
**DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| JAYMI GOLDBERG, | ) | Case No.: 10-cv-00037 |
| | ) | |
| Plaintiff, | ) | **NOTICE OF SETTLEMENT** |
| | ) | |
| v. | ) | |
| | ) | |
| NATIONWIDE CREDIT, INC. | ) | |
| | ) | |
| Defendant. | ) | |

NOW COMES the Plaintiff, JAYMI GOLDBERG, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Respectfully Submitted,

DATED: November 10, 2010    KROHN & MOSS, LTD.


By: /s/ Ryan Lee                          

　　　Ryan Lee
　　　Attorney for Plaintiff

- 1 -

Notice of Settlement

**CERTIFICATE OF SERVICE**

I hereby certify that on November 10, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that on November 10, 2010, I served all counsel of record with a copy of this document by way of the CM/ECF system.

By:   /s/ Ryan Lee

Ryan Lee, Esq.