Ryan Lee (SBN: 024846)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x241
Fax: 866-583-3695
rlee@consumerlawcenter.com
Attorneys for Plaintiff,
JAYMI GOLDBERG

**UNITED STATES DISTRICT COURT,
DISTRICT OF ARIZONA**

| | |
|---|---|
| JAYMI GOLDBERG,<br><br>    Plaintiff,<br>  v.<br><br>NATIONWIDE CREDIT, INC.<br><br>    Defendant. | Case No.: 2:10-cv-00037-ROS<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, JAYMI GOLDBERG, against Defendant, NATIONWIDE CREDIT, INC., in the above-captioned proceeding are hereby dismissed, with prejudice.


Dated:  1/06/11            KROHN & MOSS, LTD

                           /s/ Ryan Lee
                           Ryan Lee, Esq.
                           Attorney for Plaintiff,
                           JAYMI GOLDBERG

Dated:  1/06/11            HOUSER & ALLISON

                           /s/ Christopher R. Blevins
                           Christopher R. Blevins
                           Attorney for Defendant,
                           NATIONWIDE CREDIT, INC.